

# NUMBER 13-24-00027-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

NAHESI PARMES, **Appellant,**

**v.**

FIRST CENTRAL CREDIT UNION, **Appellee.**

## On appeal from the County Court at Law No. 1 of McLennan County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Tijerina

On December 1, 2023, appellant Nahesi Parmes filed a pro se notice of appeal

from an order granting summary judgment in trial court cause number 20221073CV1.[1]

On December 1, 2023, the Clerk of the Court requested appellant to pay the $205.00

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

filing fee within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court).

On December 21, 2023, the Clerk of the Court notified appellant that the filing fee was past due and informed him that the appeal would be dismissed if the filing fee was not paid. *See id.* R. 42.3(b), (c). On January 19, 2024, the Clerk again advised appellant that the filing fee was past due and informed him that the appeal would be dismissed if the filing fee was not paid. *See id.* R. 42.3(b), (c).

To date, appellant has neither paid the filing fee for the appeal nor responded to the Clerk of the Court's notices. This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee and has not otherwise responded to the Clerk's notices. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
7th day of March, 2024.

2